IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| OSAMU KUROTAKI,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case. No. 1:22-cv-00063-JMS-WRP<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Steven R. Mather |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Steven R. Mather to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Steven R. Mather |
| Firm Name: | Mather Anderson |
| Firm Address: | 1801 Century Park East, Suite 1460<br>Los Angeles, CA  90067 |
| Attorney CM/ECF Primary email address: | smather@matherlawcorp.com |
| Firm Telephone: | (310) 278-6088 |
| Party Represented | Osamu Kurotaki |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 15, 2022




Wes Reber Porter
United States Magistrate Judge